JACKLIN CHOU LEM (CASBN 255293)
HOWARD J. PARKER (WASBN 07233)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELNA CO., LTD.,<br><br>Defendant. | No. 4:16-cr-00365-JD<br><br>**[PROPOSED] ORDER FOR EXPEDITED SENTENCING** |

1      The parties have requested that the defendant's entry of plea and sentencing be conducted

2 on the same day.  The defendant has waived its right to a presentence report.  The Court,

3 moreover, finds that it can exercise its sentencing authority meaningfully based on the

4 information in the United States' Sentencing Memorandum, Motion for Departure, and Request

5 for Expedited Sentencing; the Declaration of Howard Parker in Support of the United States'

6 Sentencing Memorandum; and the parties' plea agreement.  The defendant will be scheduled for

7 an entry of plea and sentencing on <u>Wednesday, June 14, 2017, at 10:30 a.m.</u> in Courtroom 11 of

8 the San Francisco courthouse.

Dated:  May 4, 2017

_____

HONORABLE JAMES DONATO
United States District Judge

[PROPOSED] ORDER FOR EXPEDITED SENTENCING
U.S. v. ELNA, 4:16-cr-00365-JD