UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: June 14, 2017                                          Judge: Hon. James Donato

Court Reporter: Kathy Sullivan
Time: 41 Minutes
Case No.        **CR-16-00365-JD**
Case Name       **USA v. Elna Co., Ltd. (Int.)**

Attorney(s) for Government:     Howard Parker/Jackie Lem
Attorney(s) for Defendant(s):   Thomas Mueller/Heather Tewksbury
Interpreter: Eri Minoura
Probation Officer: N/A

Deputy Clerk: Lisa Clark

PROCEEDINGS

Change of Plea - Held
Sentencing - Held

NOTES AND ORDERS

Defendant Elna Co., Ltd. pleads guilty to the offense charged by the Information (violation of the Sherman Antitrust Act, 15 U.S.C. § 1) pursuant to a plea agreement entered into under Federal Rule of Criminal Procedure Rule 11(c)(1)(C). The Court finds the guilty plea to be a knowing and voluntary plea supported by an independent factual basis, and the Court accepts the plea on a conditional basis.

The Court proceeds directly to sentencing pursuant to Criminal Local Rule 32-1(b). The Court rejects the parties' Rule 11(c)(1)(C) plea agreement because the sentence recommended in it is too lenient, it is not an appropriate sentence within the guidelines range or one that departs for justifiable reasons, and it is not otherwise in the best interest of justice or in the public interest.

The Court gives defendant an opportunity to withdraw its guilty plea under Rule 11(c)(5), and Elna Co., Ltd. withdraws its guilty plea as is permitted by Rule 11(d).

A jury trial is set for **November 6, 2017**, at 9:00 a.m.

The Court grants the pending administrative motions to seal documents and to remove incorrectly filed documents, Dkt. Nos. 14, 17.