JACKLIN CHOU LEM (CASBN 255293)
ALEXANDRA J. SHEPARD (CASBN 205143)
HOWARD J. PARKER (WASBN 07233)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
howard.parker@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELNA CO., LTD.,<br><br>Defendant. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>No. 4:16-cr-00365-JD |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOLY STONE HOLDINGS CO., LTD.,<br><br>Defendant. | No. 4:16-cr-00366-JD |

The Court set the above-captioned cases for a joint status hearing on October 4, 2017. Both defendants, Elna Co., Ltd. and Holy Stone Holdings Co., Ltd., have now entered into plea agreements with the United States pursuant to Rule 11(c)(1)(B). The parties therefore request that the status hearing be re-set as a change of plea hearing for both defendants. In addition, the parties request that the hearing

//

//

be continued to October 11, 2017, due to the availability of the corporate representatives for each pleading defendant.

Given the requested continuance, the parties also stipulate to excludable time under the Speedy Trial Act. Both of these cases are unusual and complex, and "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii). These cases both relate to an international price-fixing and bid-rigging conspiracy among manufacturers of electrolytic capacitors. The charged conspiracy period extends from September 1997 through January 2014, almost 17 years. Five companies and ten individuals have been publicly charged as co-conspirators of defendants Elna and Holy Stone. The government contends that many more uncharged co-conspirators also participated in the conspiracy. The cases involve hundreds of pages of government interview reports and millions of pages of documents.

For these reasons, the Court finds that the ends of justice served by excluding the time from October 4, 2017 to October 11, 2017 for Elna, and from August 9, 2017 to October 11, 2017 for Holy Stone Holdings, outweigh the best interest of the public and the defendants in speedy trials. 18 U.S.C. § 3161(h)(7)(A). IT IS HEREBY ORDERED that these time periods are excluded from computation under the Speedy Trial Act. IT IS FURTHER ORDERED that the status conference for defendants Elna and Holy Stone Holdings be re-set as a change of plea hearing on October 11, 2017.

//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

BY: /s/ Eric Enson
 ERIC ENSON
 Jones Day
 Counsel for Holy Stone Holdings Co., Ltd.

Dated: September 29, 2017

BY: /s/ Thomas Mueller
 THOMAS MUELLER
 HEATHER TEWKSBURY
 Wilmer Cutler Pickering Hale and Dorr
 Counsel for Elna Co., Ltd.

Dated: September 29, 2017


BY: /s/ Howard J. Parker
 JACKLIN CHOU LEM
 ALEXANDRA J. SHEPARD
 HOWARD J. PARKER
 Trial Attorneys
 U.S. Department of Justice
 Antitrust Division

Dated: September 29, 2017

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JAMES DONATO
United States District Judge

4:17-CR-00365-JD (ELNA) and 4:16-CR-00366-JD (HOLY STONE)
STIPULATION AND [PROPOSED] ORDER      3